**JS-6**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERLY POOZHIKALA, ET AL.,<br><br>            Plaintiffs,<br><br>     v.<br><br>MEDTRONIC INC., et al.,<br><br>            Defendants. | Case No. CV 21-8889 PA (SKx)<br><br>JUDGMENT |

In accordance with the Court's April 7, 2022 Order granting the Motion to Dismiss filed by defendant Medtronic, Inc. ("Defendant") and dismissing plaintiffs Sherly Poozhikala and Pious Poozhikala's ("Plaintiffs") Second Amended Complaint without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiffs is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and Defendant shall have their costs of suit.

DATED: April 7, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE